**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

Rebecca Chacon

v.

Case No.: 4:08−cv−00919
Judge David Hittner

Davol Inc, et al.

Defendant

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Stephen Smith

**PLACE:**
Courtroom 702
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 7/31/08

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Initial Conference

Date: May 15, 2008

Michael N. Milby, Clerk